# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2018

SEAN F. McAVOY, CLERK

TIMOTHY EDWARD NATION,

*Plaintiff*

v.

STATE OF WASHINGTON,

*Defendant*

Civil Action No. 4:17-CV-5137-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: IT IS ORDERED the Petition is dismissed without prejudice for failure to prosecute under Fed. R. Civ. P. 41 (b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr.

Date: January 10, 2018

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy